UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD ROUSSELL (#596594)                                  CIVIL ACTION

VERSUS

BURL CAIN, ET AL.                                           NO.:15-00093-BAJ-RLB

RULING AND ORDER

Before the Court is the United States Magistrate Judge's Report and Recommendation (Doc. 16), pursuant to 28 U.S.C. § 636(b)(1), recommending that the **Motion to Dismiss (Doc. 9)**, filed by Defendants Warden Burl Cain and Assistant Warden Kevin Benjamin, be granted.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 16 at p. 1). Plaintiff timely filed an objection (Doc. 17).[1]

---

[1] Plaintiff objects to the dismissal of his claims under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, by alleging new allegations not encompassed in the Complaint and by attempting to retract allegations that were explicitly alleged in the Complaint. Plaintiff now argues that he seeks declarative and injunctive relief "to remove architectural barriers still present in the Main Prison A-Bldg." This request is outside the bounds of the Complaint, which was narrowly limited to the two doorways that were the subject of the incident on December 19, 2013. As Plaintiff alleges in his Complaint, the doorways at issue have since been remedied. Plaintiff also seeks to retract his explicit allegation that a "health care orderly" assisted him at the time of the incident. Plaintiff now contends that it was a fellow inmate that assisted him, and not a professional provided by the prison. Notwithstanding any possible merits of the new allegations, the allegations were improperly raised in the objection and the Court cannot impute such allegations to his Complaint. If additional physical barriers continue to exist, Plaintiff is not prejudiced from seeking appropriate remedies. However, such remedies are beyond the scope of this action.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendations therein.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 9)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED** pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of jurisdiction and failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential remaining state law claims.

Baton Rouge, Louisiana, this 29th day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**